

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2017

No. 04-17-00427-CR

**IN RE** Jose Alberto **GUTIERREZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
                Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice

On July 5, 2017, Relator filed a pro se petition for writ of mandamus, which this court denied because Relator filed no supporting documents with his petition. *In re Gutierrez*, No. 04-17-00427-CR, 2017 WL 2960390 (Tex. App.—San Antonio July 12, 2017, orig. proceeding) (mem. op., not designated for publication). On July 19, 2017, Relator filed a document with this court, which this court construes as a motion for rehearing. Relator attached several documents to the motion. On July 28, 2017, Relator filed an additional document, with additional attachments, which this court construes as a supplemental motion for rehearing. Both the motion for rehearing and supplemental motion, with their respective supporting documents, indicate Relator is seeking post-conviction relief from a final felony conviction.

This court does not have jurisdiction to grant post-conviction relief from an otherwise final felony conviction: only the Texas Court of Criminal Appeals has jurisdiction over matters related to final post-conviction felony proceedings. *Board of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 483 (Tex. Crim. App. 1995); *In re Stone*, 26 S.W.3d 568, 569 (Tex. App.—Waco 2000, orig. proceeding); *see also* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Because Relator seeks post-conviction relief from an otherwise final felony conviction, we are without jurisdiction to grant him the relief he seeks. Therefore, Relator has failed to show himself entitled to a rehearing of the denial of his petition for writ of mandamus. Accordingly, the motion for rehearing is DENIED.

It is so **ORDERED** on July 31, 2017.

---

[1] This proceeding arises out of Cause No. 2008CR1186, styled *State of Texas v. Jose Alberto Gutierrez*, pending in the 186th Judicial District Court, Bexar County, Texas, the Honorable Jefferson Moore presiding.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2017.

_Luz Estrada_
Luz Estrada
Chief Deputy Clerk